DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAJUSTIN WILLIAMS, et al | Criminal No: 2:22-cr-00139<br><br><br>MOTION TO PARTIALLY UNSEAL<br>FIRST SUPERSEDING INDICTMENT |

The United States of America hereby moves the Court to unseal only the portions of the First Superseding Indictment (Indictment) pertaining to the individuals listed below:

  LAJUSTIN WILLIAMS, a/k/a "Smurf",
  TYRONE PETERSON, a/k/a "Pete"
  TYRONE WILSON, a/k/a "Mooch,"
  CORNELIUS WALKER, a/k/a "Lil Black,"
  KENDRICK SMALLS, a/k/a "Ken Lo,"
  QUINTIN ANTONIO MCCLAIN, a/k/a "Gutta" a/k/a "Gotto"

The United States requests that the Indictment remain sealed in connection with the remaining defendant named therein until such time as it is proper to further unseal the document.

           Respectfully submitted,

           ADAIR F. BOROUGHS
           UNITED STATES ATTORNEY

           *s/ Allessandra Stewart*
           Allessandra Stewart (#19262)
           Assistant United States Attorney
           151 Meeting Street, Suite 200
           Charleston, SC 29401
           Tel. 843-460-2662
           Email: Allessandra.stewart@usdoj.gov

October 19, 2022